The People of the State of New York, Respondent, v Franklyn Montilla, Appellant.

Submitted November 5, 2007; decided November 15, 2007

Reported below, 37 AD3d 281.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York ex rel. Boris Teichman (Teishman), Appellant, v Brian Riordan, as Warden, Respondent.

Submitted September 4, 2007; decided November 15, 2007

Reported below, 36 AD3d 504.

Motion for reargument denied [see 8 NY3d 998 (2007)].

Oleg Rivkin, Appellant, v Century 21 Teran Realty LLC et al., Respondents, et al., Defendants.

Submitted October 29, 2007; decided November 15, 2007

Motion by New York State Association of Realtors, Inc. for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.